

# IN THE
# TENTH COURT OF APPEALS

### No. 10-17-00225-CV

**ULLJA KUNTZE,**

**Appellant**

**v.**

**SANDRA COWAN AND WILLIAM E. FASON,**

**Appellees**

**From the 21st District Court**
**Burleson County, Texas**
**Trial Court No. 28,904**

## ORDER ON MOTION FOR SANCTIONS

Appellant Ullja Kuntze's Motion for Sanctions, filed on July 28, 2017, is denied

PER CURIAM

Before Chief Justice Gray,
  Justice Davis, and
  Justice Scoggins
Motion denied
Order issued and filed January 3, 2018

